# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **JLY Holdings, LLC** <br> *Plaintiff* <br> v. <br> **Platinum Business Investments Worldwide, LLC** <br> *Defendant* | Civil Action No. 2:25-cv-10316-SJM-CI |

## AFFIDAVIT OF SERVICE

I, Dustin Looper, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Platinum Business Investments Worldwide LLC, dba MindMetric in Sheridan County, WY on February 7, 2025 at 1:31 pm at 30 N Gould St, Ste R, Sheridan, WY 82801 by leaving the following documents with Savannah Bell who as Clerk at Registered Agents Inc is authorized by appointment or by law to receive service of process for Platinum Business Investments Worldwide LLC, dba MindMetric.

Summons
Complaint
Exhibits

White Female, est. age 25-34, glasses: N, Blonde hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=44.7975606937,-106.9545227197
Photograph: See Exhibit 1

Expedited Serve 30 N Gould St, Ste R, Sheridan, WY 82801 1@$168.00=$168.00
Total Cost: $168.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Sheridan County                 ,

   WY    on   2/8/2025         .

/s/ *Dustin Looper*

Signature
Dustin Looper
+1 (307) 751-0407

